## Stewart *v*. Uniroyal, Inc., et al., Appellants.

Argued April 17, 1975. *John W. Jordan, IV*, with him *Thomson, Rhodes & Grigsby*, for appellant, at No. 181; *Robert G. Simasek*, with him *Stein and Winters*, for appellant, at No. 185; *Anthony*

*P. Picadio,* with him *Reding, Blackstone, Rea & Sell,* for appellant, at No. 187; *Thomas Hollander,* with him *Evans, Ivory & Evans,* for appellee, at Nos. 181 and 187; *Anthony P. Picadio,* with him *Thomas Hollander,* and *Reding, Blackstone, Rea & Sell,* and *Evans, Ivory & Evans,* for appellee, at No. 185.

Order and judgment affirmed in each appeal.

SPAETH, J., absent.